No. 09-1239. Gerald E. Juels, Petitioner v. United States Postal Service.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5610.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 926, 130 S. Ct. 3350, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4294.

No. 09-1250. Richard I. Fine, Petitioner v. Leroy D. Baca, Sheriff, Los Angeles County, California, et al.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5565.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 927, 130 S. Ct. 3334, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4214.

No. 09-1304. Padma Rao, Petitioner v. City of Evanston, Illinois.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5550.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 940, 130 S. Ct. 3370, 176 L. Ed. 2d 1247, 2010 U.S. LEXIS 4532.

No. 09-1306. Michael L. Montalvo, Petitioner v. United States.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5549.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 940, 130 S. Ct. 3370, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4408.

No. 09-8674. Curtis J. Benford, Petitioner v. United States.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5551.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 928, 130 S. Ct. 3322, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4302.

No. 09-9149. Keith Reid, Petitioner v. Flint Civil Service Commission.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5589.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1094, 130 S. Ct. 2374, 176 L. Ed. 2d 771, 2010 U.S. LEXIS 3516.

No. 09-9184. Donald Stankowski, Petitioner v. Jerry E. Abramson, et al.

561 U.S. 1046, 131 S. Ct. 34, 177 L. Ed. 2d 1124, 2010 U.S. LEXIS 5592.

July 26, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3582.